HARRY W. BRECKENRIDGE et al., defendants and appellants,

*v.*

DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, complainant and respondent.

[Filed June 19th, 1899.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Delaware, Lackawanna and Western Railroad Co.* v. *Breckenridge, 12 Dick. Ch. Rep. 154.*

*Mr. Joseph M. Roseberry*, for the appellants.

*Mr. Chauncey G. Parker*, for the respondent.

PER CURIAM.

Decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—13.

*For reversal*—None.